IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.
_____

ELLEN DROTAR as the surviving parent of REBECCA SNYDER, deceased,

Plaintiff,

v.

JOHNNY WALBRICK, SECURA SUPREME INSURANCE COMPANY, and PROGRESSIVE PREERRED INSURANCE COMPANY,

Defendants.

## NOTICE OF REMOVAL
_____

In accordance with 28 U.S.C. §§ 1441 and 1446, *et seq.,* defendant Johnny Walbrick ("Walbrick") files this Notice of Removal from the Adams County District Court, State of Colorado, where it is now pending, to this Court. In support of his Notice of Removal, Walbrick states as follows:

1.  Plaintiff commenced this action in the Adams County District Court, State of Colorado, Case No. 2014CV31642. The Adams County District Court is within the judicial district of this Court.

2.  In her Complaint, attached as Exhibit A, plaintiff alleges that the decedent was injured on or about August 13, 2013 by Walbrick's negligent operation of a motor vehicle. (Exhibit A, ¶¶ 15 and 20).

3.  Plaintiff seeks damages in excess of $75,000 from Walbrick related to the death of her daughter. (Exhibit B, Demand letter dated July 11, 2014).

4.  With the filing of her Complaint, plaintiff filed a Civil Cover Sheet denoting that the "Simplified Procedure under C.R.C.P. 16.1 does not apply to this case because . . . This party is seeking a monetary judgment for more than $100,000 against another party, including attorney fees, penalties or punitive damages, but excluding interest and costs . . . " (Exhibit C).

5.  As noted in Plaintiff's Complaint, plaintiff is a resident of the State of Colorado. (Exhibit A, ¶ 1).

6.  Walbrick is a resident of Pasadena, Texas. (See Police Report attached as Exhibit D).

7.  Defendant Secura Supreme Insurance Company is a foreign corporation. (Exhibit A, ¶ 8).

8.  Defendant Progressive Preferred Insurance Company is a foreign corporation. (Exhibit A, ¶9).

9.  None of the defendants are citizens of the State of Colorado.

10. Diversity jurisdiction exists under 28 U.S.C. § 1332.

11. Pursuant to 28 U.S.C. 1446(a), all process, pleadings, and papers that have been filed and provided to Walbrick in plaintiff's state court action are attached as Exhibits A, C and E.  (A - Complaint, C - Civil Cover Sheet, E - Summons).

12. Concurrently with filing this Notice of Removal, Walbrick is giving written notice of the filing of this Notice of Removal to plaintiff, and is filing a copy of the Notice of Removal with the clerk of the Adams District Court, State of Colorado, as required by 28 U.S.C. § 1446(d).

WHEREFORE, Defendant Walbrick removes this matter from the Adams District Court, State of Colorado to this Court for trial and determination.

Dated:   October 20, 2014.

Respectfully submitted,

s/Deana R. Dagner
Deana R. Dagner
Joan S. Allgaier
Grund· Dagner, P.C.
1660 Lincoln Street, Suite 2800
Denver, CO 80264
Telephone: (303) 830-7770
Facsimile: (303) 830-2313
Email: drdagner@gdnlaw.net
          jsallgaier@gdnlaw.net
Attorneys for Defendant Johnny Walbrick

*Original signature of Deana R. Dagner, Esq., on file at office of Grund · Dagner, P.C., pursuant to Fed.R.Civ.P.121 § 1-26*

## CERTIFICATE OF SERVICE

I hereby certify that on this 20th day of October, 2014, I electronically filed the foregoing **NOTICE OF REMOVAL** with the Clerk of the Court using the CM/ECF system which will send notification of this to the following individuals:

David W. Krivit, Esq.
BACHUS & SCHANKER, L.L.C.
1899 Wynkoop Street, Suite 700
Denver, Colorado 80202

 s/ Sherry J. Cook