IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.:  14-cv-02845-RPM-BNB

ELLEN DROTAR as the surviving parent of REBECCA SNYDER, deceased,

Plaintiff

v.

JOHNNY WALBRICK, SECURA SUPREME INSURANCE COMPANY, and PROGRESSIVE PREFERRED INSURANCE COMPANY,

Defendants.

_____

## NOTICE OF SETTLEMENT
_____

Defendant SECURA SUPREME INSURANCE COMPANY (hereinafter "Defendant SECURA"), by and through their attorneys, CAIN & WHITE, LLP, hereby submits the following Notice of Settlement to this Court:

1. Plaintiff, Ellen Drotar, as the surviving parent of Rebecca Snyder, deceased, and Defendant Secura Supreme Insurance Company, reached an agreement to fully and finally settle all claims alleged in this matter against this Defendant at the Mediation on September 11, 2015.  It is the undersigned's understanding that the other Defendants, Defendants Johnny Walbrick and Progressive Preferred Insurance Company, also settled all claims by Plaintiff against them at the Mediation on September 11, 2015. At the time, Plaintiff conditioned the settlement upon agreement of a health insurer accepting that it has no standing to be indemnified in this wrongful death claim.

2. However, subsequently, on September 18, 2015, Plaintiff's counsel's staff notified counsel for Defendants that "[w]e hereby accept the settlement offer as made

    during mediation.  We are still awaiting confirmation regarding subrogation but want to accept the settlement regardless. ..."

3. The undersigned expects that the settlement documents will be prepared and circulated to counsel for Plaintiff within two (2) weeks.

4. This matter has not yet been set for trial, however, there are presently multiple motions pending before the Court.  Defendant SECURA Insurance, a Mutual Company provides this Notice of Settlement to the Court for the purposes of assisting this Court in the management of its docket.

Respectfully submitted this 24th day of September, 2015.

                CAIN & WHITE, LLP

                */s/Craig W.Cain*
                Craig W. Cain, No. 15930
                Jennifer L. White, No. 36466
                1555 Quail Lake Loop Ste. 100
                Colorado Springs, CO  80906
                (719) 575-0010
                (719) 575-0020 Facsimile
                ***Attorneys for Defendant Secura Supreme Insurance Company***

## CERTIFICATE OF SERVICE

      I hereby certify that, pursuant to Fed.R.Civ.P. 5, on this 24th day of September, 2015, a true and correct copy of the above and foregoing **NOTICE OF SETTLEMENT** was served, via ECF, upon the following:

David W. Krivit, Esq.
Bachus & Schanker, L.L.C.
1899 Wynkoop Street, Suite 700
Denver, Colorado  80202
***Attorneys for Plaintiff***

Deana R. Dagner, Esq.
David S. Werber, Esq.
DAGNER | SCHLUTER | MITZNER | WERBER, LLC
5105 DTC Parkway, Suite 325
Greenwood Village, CO  80111
***Attorneys for Co-Defendant Johnny Walbrick***

Laura Trask Schneider, Esq.
Pearl Schneider LLC
999 Eighteenth Street, Suite 1850
Denver, CO  80202
***Attorneys for Co-Defendant Progressive Preferred Insurance Company***


                        */s/Gordon L. Beck*_____
                        Gordon L. Beck, Paralegal