IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No.  14-cv-02845-RPM

ELLEN DROTAR as the surviving parent of REBECCA SNYDER, deceased,

     Plaintiff,

v.

JOHNNY WALBRICK,
SECURA SUPREME INSURANCE COMPANY, and
PROGRESSIVE PREFERRED INSURANCE COMPANY,

     Defendants.

**Minute Order Entered by Senior Judge Richard P. Matsch:**


s/M. V. Wentz
  Secretary


     Pursuant to the Notice of Settlement [Doc. 32], the parties shall file a stipulation for dismissal on or before October 16, 2015.


DATED:    September 25, 2015