IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.: 14-cv-02845-RPM

ELLEN DROTAR as the surviving parent of REBECCA SNYDER, deceased,

Plaintiff,

v.

JOHNNY WALBRICK, SECURA SUPREME INSURANCE COMPANY, and PROGRESSIVE PREFERRED INSURANCE COMPANY,

Defendants.
_____

**ORDER GRANTING STIPULATED MOTION TO DISMISS WITH PREJUDICE**
_____

The Court, having reviewed the **Stipulated Motion to Dismiss with Prejudice**, and any responses and replies thereto, and being fully advised in the premises, finds good cause to grant the Motion.

IT IS HEREBY **ORDERED** that Plaintiff's claims against Defendants are hereby **DISMISSED WITH PREJUDICE**, with each party to pay their own attorneys' fees and costs.

DATED: October 16th, 2015

>BY THE COURT:
>
>s/Richard P. Matsch
>_____
>Richard P. Matsch, Senior Judge